**William R. JOHNSON, Appellant,**

v.

**STATE of Florida, Appellee.**

**No. 2D16–1911.**

District Court of Appeal of Florida, Second District.

Oct. 19, 2016.

William R. Johnson, pro se.

PER CURIAM.

Affirmed. *See State v. Craft*, 685 So.2d 1292 (Fla.1996); *State v. Maxwell*, 682 So.2d 83 (Fla.1996); *Hughes v. State*, 22 So.3d 132 (Fla. 2d DCA 2009); *Waiter v. State*, 965 So.2d 861 (Fla. 2d DCA 2007); *Coughlin v. State*, 932 So.2d 1224 (Fla. 2d DCA 2006) (en banc); *Shortridge v. State*, 884 So.2d 321 (Fla. 2d DCA 2004); *Campbell v. State*, 884 So.2d 190 (Fla. 2d DCA 2004); *Legette v. State*, 694 So.2d 826 (Fla. 2d DCA 1997); *Freeman v. State*, 684

So.2d 251 (Fla. 2d DCA 1996); *Paul v. State,* 830 So.2d 953 (Fla. 5th DCA 2002).

KHOUZAM, SLEET, and LUCAS, JJ., concur.